Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:17-MJ-0030-MJS |
| Plaintiff, | |
| v. | MOTION TO CONTINUE INTIAL APPEARANCE; AND ORDER THEREON |
| CHRISTOPHER J. COOPER, | |
| Defendant. | |

The United States, by and through its representative, Susan St. Vincent, the legal officer for the National Park Service, herby moves the court for an order continuing the Initial Appearance in the above-captioned matter set for May 16, 2017 be continued to June 27, 2017 at 10:00 a.m. The defendant has conferred with the Office of the Federal Defender and they are in agreement with this request.

    Dated: May 10, 2017                    /S/ Susan St. Vincent_____
                                           Susan St. Vincent
                                           Legal Officer
                                           Yosemite National Park

1

**ORDER**

For good cause shown, the Court Orders that the May 16, 2017, Initial

Appearance in *U.S. v. Cooper*, *6:17-MJ-0030-MJS*, is continued to June 27, 2017 at

10:00 a.m.

IT IS SO ORDERED.

Dated:   May 15, 2017            /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE