Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. COOPER,<br><br>Defendant. | No. 6:17-MJ-0030-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.  The parties have reached a resolution where in the Government will move to dismiss the pending matter and issue the Defendant two citations which can be resolved by payment of a collateral without further appearance.  The defendant will pay the collateral to the Central Violations Bureau..

Dated:  April 2, 2018                                   /S/ Susan St. Vincent
                                                                                           Susan St. Vincent
                                                                                           Legal Officer
                                                                                           Yosemite National Park

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Cooper,* 6:17-mj-0030-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __April 2, 2018__     __/s/ *Michael J. Seng*__
UNITED STATES MAGISTRATE JUDGE